THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In the Matter
 of the Care and Treatment of Alton M. Chisolm, Appellant.
 
 
 

Appeal From Charleston County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No.  2011-UP-436
Submitted October 1, 2011 - Filed October
 11, 2011 

APPEAL DISMISSED

 
 
 
Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Deborah R.J. Shupe, all of Columbia;
 and Solicitor David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Alton
 M. Chisolm appeals his commitment to the South Carolina Department of Mental
 Health as a sexually violent predator.  Chisolm argues the circuit court erred
 in denying his motion to exclude two 2003 convictions of lewd act upon a
 child.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]  Additionally, we note a
 defendant need not be informed of the consequences of the Sexually Violent
 Predator Act for a plea to still be voluntary because sentencing under the Act
 is a collateral consequence of a guilty plea.   Page v. State, 364
 S.C. 632, 637, 615 S.E.2d 740, 742 (2005).
APPEAL DISMISSED.  
 SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.